UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MEGAN MARIE TINNEY,

    Defendant.
_____/

Case No. 2:15cr21

HON. ROBERT J. JONKER
CHIEF JUDGE

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 6, 2015, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge filed November 6, 2015, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Tinney's plea of guilty to Count 1 of the Indictment is accepted. Defendant Megan Marie Tinney is adjudicated guilty.

3. Defendant Megan Marie Tinney shall remain detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. *See* U.S.S.G. Ch. 6.

                                              /s/Robert J. Jonker
                                              Robert J. Jonker
                                              Chief United States District Judge

Dated: December 7, 2015